**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**$480,000 IN UNITED STATES CURRENCY, *sub res, in rem,***

**Defendant.**

**Case No. 3:24-cv-01640-MO**

**FINAL JUDGMENT OF FORFEITURE**

Based upon this Court's Order of Default (ECF No. 18), and on the Settlement Agreement entered between the United States and Claimants Sergey Lebedenko, Galina Lebedenko and The Lebedenko Family Trust (ECF No. 14), and on the records in this action:

IT IS ORDERED AND ADJUDGED that this Court has subject matter jurisdiction, and the $480,000 in U.S. currency, *sub res, in rem*, is condemned and forfeited to the United States of America, free and clear of the claims of any and all persons claiming any right, title, or interest in or to this Defendant, including Sergey Lebedenko, Galina Lebedenko and The Lebedenko Family Trust.

The Internal Revenue Service is directed to immediately transfer the custody and possession of $480,000.00 in U.S. currency, *sub res*, *in rem*, to the Secretary of the Treasury for disposition in accordance with applicable statutes and regulations and provisions of this Judgment.

Additionally, pursuant to 28 U.S.C. § 2465(a)(2), this Court CERTIFIES that there was reasonable cause for the arrest of Defendant, $480,000 in United States currency, *sub res, in rem*, and that no federal, state, county, or city official or agency involved in such arrest shall be liable to suit or judgment on account of such arrest of Defendant currency.

The parties shall each bear their own costs and attorney fees incurred in prosecuting and defending this action.

DATED this 15th day of January 2025.

Michael W. Mosman
HONORABLE MICHAEL W. MOSMAN
Senior United States District Judge

Presented by:

NATALIE K. WIGHT, OSB #035576
United States Attorney

*/s/ Katie de Villiers*
KATHERINE C. DE VILLIERS
Assistant United States Attorney